AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARKUS LOCKETTE,

    Plaintiff,

v.

SOUTHCOAST HEALTH ADMINISTRATION MANAGEMENT, LLC, and PRIVIA MEDICAL GROUP OF GEORGIA, LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-205

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, upon Plaintiff's motion and in accordance with the Order entered December 18, 2024, this case is hereby consolidated with civil action number 4:24-cv-148. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 18, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_Jamie Hodge_
(By) Deputy Clerk